**2015–7067**

United States Court of Appeals, Federal Circuit.

June 13, 2016

**Kimberly Ann HEWINS, Petitioner**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent**

**United States Postal Service, Intervenor**

**2015–3171**

United States Court of Appeals, Federal Circuit.

June 14, 2016

ROBERT FRED STONE, South Deerfield, MA, argued for petitioner.

Katrina Lederer, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK.

ANAND RAVI SAMBHWANI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by REGINALD T. BLADES, JR., ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER; MORGAN E. REHRIG, United States Postal Service, Washington, DC.

## JUDGMENT

Per Curiam (Lourie, Dyk, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**